**Order entered December 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01169-CR

**JACQUEZ JESSIOUN SEARS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83406-2017**

## ORDER

Before the Court is appellant's December 27, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or January 27, 2020.

/s/    BILL PEDERSEN, III
        JUSTICE